# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133485

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

HERBERT LEE, JR.,
          Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133485
COA: 271420
Wayne CC: 01-004416-01

_____/

       On order of the Court, the application for leave to appeal the January 31, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0723

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

*Corbin R. Davis*

Clerk